No. 91–58. SKLODOWSKI, ADMINISTRATOR OF THE ESTATE OF SKLODOWSKI, DECEASED v. SCOTT PAPER CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–60. SMALIS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 91–62. BARNETT, BY HIS PARENTS AND NEXT FRIENDS, BARNETT ET AL. v. FAIRFAX COUNTY SCHOOL BOARD. C. A. 4th Cir. Certiorari denied.

No. 91–63. MILLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–65. COMBS v. ROCKWELL INTERNATIONAL CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–66. STEPHENS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 91–67. CSX TRANSPORTATION, INC., ET AL. v. TILLMAN. C. A. 5th Cir. Certiorari denied.

No. 91–68. GROCHOWSKI v. DeWITT-RICKARDS. C. A. 4th Cir. Certiorari denied.

No. 91–69. BAILEY v. CITY OF NATIONAL CITY, CALIFORNIA, ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–70. BLUE FLAME, INC. v. METROPOLITAN DEVELOPMENT COMMISSION OF MARION COUNTY, INDIANA. Ct. App. Ind. Certiorari denied.

No. 91–73. DAVIS ET AL. v. MORGAN GUARANTY TRUST CO. OF NEW YORK ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–74. O'SHEA v. COMMERCIAL CREDIT CORP. C. A. 4th Cir. Certiorari denied.

No. 91–76. LOUISVILLE EDIBLE OIL PRODUCTS, INC., ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.